UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | Misc. Nos. | 06-123 |
| | ) | | 06-124 |
| I. LEWIS LIBBY, | ) | | 06-125 |
| | ) | | 06-126 |
| Defendant. | ) | | 06-128 |
| | ) | | 06-169 |

### MOTION TO RESET DATES FOR OPPOSITION AND REPLY

Defendant I. Lewis Libby, through his attorneys, respectfully moves this Court to modify the schedule for the filing of an opposition and replies to motions to quash established by the Court's Order of April 3, 2006.

On April 3, 2006, the Court granted the Consent Motion for Extension of Time filed by The New York Times, NBC News, Time Inc., Matthew Cooper, Judith Miller, Tim Russert, and Andrea Mitchell ("Movants") and ordered that Movants comply with defendant's Rule 17(c) subpoenas or file a motion to quash or modify by April 18, 2006. It further ordered that defendant file a consolidated opposition by April 25, 2006, one week later. Finally, it ordered that any reply thereto be filed by May 1, 2006, and that motions be heard on May 5, 2006. On April 19, 2006, the Court granted Time's Consent Motion to Reschedule Hearing on Motions to Quash, which postponed the hearing eleven days to May 16, 2006.

In light of the Court's April 19 order, Mr. Libby requests that the Court modify the pleading schedule to permit his consolidated opposition to be filed on May 2, 2006, and for replies to be due on May 10, 2006. This would accord with the Court's Order of January 24, 2006, providing parties in the underlying case fourteen days to file oppositions to pre-trial motions. We note that the Movants have filed five separate motions to quash, amounting to

approximately 70 pages of legal argument and supporting affidavits. Finally, we note that under the proposed schedule, the Court will have the same amount of time to consider the complete briefing in this matter as it did under its Order of April 3.

Mr. Libby has not previously sought to extend the deadline at issue here. Granting this motion will not affect other deadlines.

Counsel for Movants and for the government have advised that they consent to the relief requested by this motion.

For the foregoing reasons, Mr. Libby respectfully requests that the Court issue the attached order.

Dated: April 21, 2006                                Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Theodore V. Wells, Jr. | William H. Jeffress, Jr. |
| (D.C. Bar No. 468934) | (D.C. Bar No. 041152) |
| James L. Brochin | Alex Bourelly |
| (D.C. Bar No. 455456) | (D.C. Bar No. 441422) |
| Paul, Weiss, Rifkind, Wharton | Baker Botts LLP |
| & Garrison LLP | 1299 Pennsylvania Ave., NW |
| 1285 Avenue of the Americas | Washington, DC 20004 |
| New York, NY 10019-6064 | (202) 639-7751 |
| (212) 373-3089 | |
| | |
| /s/ | /s/ |
| Joseph A. Tate | John D. Cline |
| Dechert LLP | (D.C. Bar No. 403824) |
| 2929 Arch Street | Jones Day |
| Cira Centre | 555 California Street, 26th Floor |
| Philadelphia, PA 19104 | San Francisco, CA 94104 |
| | (415) 626-3939 |