IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>I. LEWIS LIBBY,<br>  also known as "Scooter Libby,"<br><br>Defendant. | Case Nos.  06-MS-123 (RBW)<br>                   06-MS-126 (RBW) |

## NOTICE OF EN CAMERA SUBMISSION

NBC News ("NBC") and Andrea Mitchell hereby provide notice that, at the Court's request, they submitted certain documents to the chambers of the Honorable Reggie B. Walton for *en camera* inspection on May 22, 2006.

Dated:   May 22, 2006

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

By:  /s/ Lee Levine
      Lee Levine (D.C. Bar No. 343095)
1050 Seventeenth Street, N.W.
Suite 800
Washington, DC  20036
(202) 508-1100

Susan E. Weiner
National Broadcasting Company
30 Rockefeller Plaza
New York, NY  10112
(212) 664-2806

*Counsel for NBC News and Andrea Mitchell*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 22, 2006, I caused a true and correct electronic copy of the foregoing Notice of En Camera Submission to be served by the Court's Electronic Case Filing System upon all parties scheduled for electronic notice.

                                                          /s/ Adam J. Rappaport
                                                         Adam J. Rappaport