UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
UNITED STATES OF AMERICA,           )
                                    )
                                    )     Misc. Nos.    06-123
       v.                           )                   06-124
                                    )                   06-125
I. LEWIS LIBBY,                     )                   06-126
                                    )                   06-128
              Defendant.            )                   06-169
_____)
                                    )
NBC NEWS, MATTHEW COOPER,           )
JUDITH MILLER, ANDREA MITCHELL,     )
TIME INC., AND                      )
THE NEW YORK TIMES,                 )
                                    )
              Movants.              )
_____)

## ORDER

Currently before the Court are motions to quash submitted by NBC News, Andrea Mitchell, Time Inc., Matthew Cooper, The New York Times, and Judith Miller . Upon consideration of the papers filed in connection with these motions to quash and the oral arguments heard by the Court on these motions, and for the reasons set forth in the accompanying memorandum opinion, it is hereby this 26th day of May, 2006,

**ORDERED** that the Motion of Judith Miller to Quash is **GRANTED**. It is further

**ORDERED** that The New York Times' Motion to Quash Defendant I. Lewis Libby's Rule 17(c) Subpoena is **GRANTED IN PART AND DENIED IN PART**. It is further

**ORDERED** that the Motion of Non-Parties NBC News and Andrea Mitchell to Quash

Subpoenas is **GRANTED IN PART AND DENIED IN PART**.  It is further

**ORDERED** that although the Court has concluded that <u>The New York Times</u>, NBC News, and Mitchell possess documents responsive to the subpoenas served upon them, and those requests are specific, and the responsive documents are relevant, these movants will not be required to produce these documents until the Court issues a final ruling on admissibility during the trial of this case.  It is further

**ORDERED** that the defendant will bear the burden of seeking a final ruling on the admissibility of the relevant documents possessed by <u>The New York Times</u>, NBC News, and Mitchell at the appropriate time as designated in the Court's memorandum opinion.  It is further

**ORDERED** that Time Inc.'s Motion to Quash or Modify is **GRANTED IN PART AND DENIED IN PART.**  It is further

**ORDERED** that the Motion to Quash Subpoena to Matthew Cooper is **GRANTED IN PART AND DENIED IN PART.**  It is further

**ORDERED** that Time Inc. and Matthew Cooper shall produce to the defendant by June 2, 2006, all documents produced to the Court for its <u>in camera</u> review with the exception of the documents with bates stamps TI0001-02, 03-04 and the document with bates stamp MCX052-76.

**SO ORDERED**.

_____
  REGGIE B. WALTON
United States District Judge

2